

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00568-CR

Vicente **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CR-6974
The Honorable Angus McGinty, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 11, 2013.

_____
Rebeca C. Martinez, Justice